# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Board of Trustees of the Automobile Mechanics'
Local No. 701 Union and Industry Pension Fund

                                    Plaintiff,

v.                                    Case No.:
                                    1:13−cv−08152

                                    Honorable Sharon
                                    Johnson Coleman

Alta Lift Truck Services, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2014:

      MINUTE entry before the Honorable Mary M. Rowland:Settlement conference held on 7/22/2014. Parties have reached an agreement. Parties have agreed to consent to the jurisdiction of the Magistrate Judge. Status hearing set for 8/14/2014 at 09:00 AM. Status will be stricken if Parties file a stipulation to dismiss prior to the next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.