**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOBILE MECHANICS' LOCAL NO. 701 UNION AND INDUSTRY PENSION FUND, | ) ) ) ) ) ) | NO.: 13-CV-8152 MAG. JUDGE: ROWLAND |
| Plaintiff, | ) | |
| vs. | ) ) | |
| ALTA INDUSTRIAL EQUIPMENT COMPANY, LLC d/b/a ALTA EQUIPMENT COMPANY, LLC, a Michigan Limited Liability Company; and ALTA LIFT TRUCK SERVICES, INC., a Delaware Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED ORDER OF DISMISSAL WITH THE COURT
TO RETAIN JURISDICTION TO ENFORCE
THE TERMS OF THE PARTIES' SETTLEMENT AGREEMENT**

The Plaintiff, **the Board of Trustees of the Automobile Mechanics' Local No. 701 Union and Industry Pension Fund**, by and through its attorneys, Jeffrey Krol and Joseph Mallon of Johnson & Krol, LLC, and the Defendants, **Alta Industrial Equipment Company, LLC** and **Alta Lift Truck Services, Inc.**, by and through their attorneys, Louis Theros of Butzel Long and Kristi Nelson and Jennifer Schwartz of Chen Nelson Roberts Ltd. (Local Counsel), pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) hereby submit this Stipulated Order for Dismissal of this Lawsuit with the Court to Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and stipulate as follows:

WHEREAS, the Parties in this matter have reached a Settlement Agreement and the Parties stipulate to the dismissal of the above-captioned matter without prejudice, reserving jurisdiction in this Court to reinstate proceedings to enforce certain terms of the Settlement Agreement entered into by and between the Parties in October 2014.

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. This above-captioned matter is hereby dismissed without prejudice.

2. The Court shall retain jurisdiction over the Parties and hereby grants the Plaintiff leave to reinstate the proceedings in the above-captioned matter to enforce the terms of the Settlement Agreement entered into by and between the Parties in October 2014, but not later than February 15, 2015.

3. The dismissal without prejudice will automatically convert to a dismissal with prejudice, without attorneys' fees and costs, unless a motion to reinstate has been filed on or before February 15, 2015, and this matter shall be closed.

E N T E R:

Dated: October 7, 2014

_____
MARY M. ROWLAND
United States Magistrate Judge

Agreed and so stipulated,

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE AUTOMOBILE MECHANICS' LOCAL NO. 701 UNION AND INDUSTRY PENSION FUND** | **ALTA INDUSTRIAL EQUIPMENT COMPANY, LLC**, a Michigan Limited Liability Company; and **ALTA LIFT TRUCK SERVICES, INC.**, a Delaware Corporation |
| /s/ Jeffrey A. Krol - 6300262 One of Plaintiff's Attorneys Jeffrey A. Krol **JOHNSON & KROL, LLC** 300 South Wacker Drive, Suite 1313 Chicago, Illinois 60606 (312) 757-5465 | /s/ Louis Theros – 6205488 One of Defendants' Attorneys Louis Theros Butzel Long, PC 150 W. Jefferson, Suite 100 Detroit, Michigan 48226 (313) 225-7039 |