# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Board of Trustees of the Automobile Mechanics' Local No. 701 Union and Industry Pension Fund

Plaintiff,

v.

Alta Lift Truck Services, Inc., et al.

Defendant.

Case No.: 1:13−cv−08152

Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2014:

MINUTE entry before the Honorable Mary M. Rowland:Pursuant to the stipulated order of dismissal, this action is dismissed without prejudice, with leave to reinstate no later than February 15, 2015. The Court will maintain jurisdiction until no later than February 15, 2015, to enforce the terms of the Settlement Agreement entered into by and between the parties in October 2014. The dismissal without prejudice will automatically convert to a dismissal with prejudice with each party to bear its own costs and fees unless a motion to reinstate has been filed on or before February 15, 2015. Status hearing set for 10/8/2014 is stricken.Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.